# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

134957

JAMES A. LOOS, JR.,
          Plaintiff-Appellee,

v

J.B. INSTALLED SALES, INC., and ACCIDENT
FUND INSURANCE COMPANY OF AMERICA,
          Defendants-Appellants,
and

ROBINSON ROOFING,
          Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134957
COA: 275704
WCAC: 05-000246

On order of the Court, the application for leave to appeal the August 17, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

_____
Clerk

t1213